# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CRAIG B. KEYS**
      **Plaintiff,**

  **v.**                                                                   Case No. 14-C-0289

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
      **Defendant.**

## ORDER

On August 25, 2014, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), along with a proposed order. However, neither the stipulation nor the proposed order set forth any directives to the ALJ on remand. See, e.g., Hutchings v. Colvin, No. 13-C-1063, R. 18; Ivory v. Colvin, No. 13-C-697, R. 17.

**IT IS ORDERED** that the parties re-submit a stipulation and order setting forth such directives. Counsel are also reminded that proposed orders must be sent to the judge's proposed order box.

Dated at Milwaukee, Wisconsin this 27th day of August, 2014.

                                                 /s Lynn Adelman
                                                 LYNN ADELMAN
                                                 District Judge