# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CRAIG B. KEYS**
        **Plaintiff,**

    v.                                                                **Case No. 14-C-0289**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
        **Defendant.**

## ORDER APPROVING EAJA ATTORNEY'S FEES AND COSTS

Based upon the foregoing Stipulation and the Court's finding that the fees and costs incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $3,811.00 and costs in the amount of $400.00, totaling $4,211.00, shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have in this matter pursuant to the Equal Access to Justice Act. If counsel for the parties verify Plaintiff owes no pre- existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated at Milwaukee, Wisconsin this 4th day of December, 2014.

                                                  /s Lynn Adelman
                                                  LYNN ADELMAN
                                                  District Judge